UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE LEONARD<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KFMB-TV, LLC, a Delaware Limited Liability Company;<br>and DOES 1 to 20,<br><br>　　　　Defendants. | **CASE NO. 20 cv 01612-LL-KSC**<br><br>District Judge Linda Lopez<br><br>**JOINT MOTION TO DISMISS ENTIRE ACTION** |

　　　Plaintiff and defendant, through their attorneys of record, hereby move to dismiss the entire action with prejudice pursuant to the settlement of the case.

| | |
|---|---|
| Date: November 10, 2022 | Gilleon Law Firm, APC<br><br>　/s/ James C. Mitchell<br>James C. Mitchell, Attorneys for Plaintiff |
| Date: November 10, 2022 | Seyfarth Shaw, LLP<br><br>　/s/ Richard B. Lapp<br>Richard B. Lapp, Attorneys for Defendant |

1  I certify that Richard B. Lapp, Seyfarth Shaw, LLP, the attorneys for defendant, has
2  authorized his electronic signature to this Joint Motion.

3                                        Gilleon Law Firm, APC

4                                         /s/ James C. Mitchell
                                          James C. Mitchell, Attorneys for
5                                         Plaintiffs